UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | No. 2:12-CV-000277-KJM-EFB |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CATHERINE HYNDMAN, | |
| Defendant. | |

Plaintiff notified the court on October 24, 2013 that the above-captioned matter had settled. (ECF 10.) The court issued a minute order on October 25, 2013, ordering the parties to file dispositional documents no later than November 25, 2013. (ECF 11.) The parties have neither filed dispositional documents nor requested extensions of time from the court. The court notes that the delay in this case is consistent with the pattern of delays in plaintiff's other cases that have come before this court.

Accordingly, the parties are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned for their failure to comply with this court's order.

IT IS SO ORDERED.

DATE: December 19, 2013.

_____
UNITED STATES DISTRICT JUDGE

1